IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 9:04CV148 |
| vs. | § § | |
| TONI KAY JACKSON, DOROTHY THOMAS, CAROLINE BROWN, AND CAROLYN BROWN, | § § § § § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1), Plaintiff Southern Farm Bureau Casualty Insurance Company ("Plaintiff") files this notice of dismissal and dismisses the complaint without prejudice as to Defendants Toni Kay Jackson, Dorothy Thomas, Caroline Brown, and Carolyn Brown ("Defendants").  Plaintiff filed its original complaint on July 23, 2004 and subsequently served Defendants.  No defendant has filed an answer or a motion for summary judgment.  This dismissal is without prejudice to the right of Plaintiff to refile this lawsuit or any cause of action which could have been brought in this case against Defendants.

Respectfully submitted,

BAKER BOTTS L.L.P.

By: /s/ Tynan Buthod
_____
Tynan Buthod
State Bar No. 03513500
Federal I.D. No. 14036
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1234
(713) 229-1522 (facsimile)

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 28th day of October, 2004, I sent a true and correct copy of the above and foregoing to all known counsel of record.

/s/ Tynan Buthod
_____
Tynan Buthod